111-15

# ELECTRONIC RECORD

COA # 07-15-00033-CR          OFFENSE: 19.02

STYLE: Cecil R. McDonald v. The State of Texas          COUNTY: Lubbock

COA DISPOSITION:     DISMISSED          TRIAL COURT: 364th District Court

DATE: 01/16/2015          Publish: NO   TC CASE #:   2000-434,614

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Cecil R. McDonald v. The State of Texas          CCA #:   111-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:          _____

_____REFUSED_____          JUDGE:          _____

DATE: _____03/19/2015_____          SIGNED: _____          PC: _____

JUDGE: _____Per Curiam_____          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**